# CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alexis Mejia-Zamora**; DOB: 1996; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**21-07237MJ** |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

**COUNT 1 (Felony)** On or about April 22, 2021, in the District of Arizona, **Alexis Mejia-Zamora**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Angelico Roa-Joachin; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

**COUNT 2 (Felony)** On or about April 22, 2021, in the District of Arizona, **Alexis Mejia-Zamora**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree other persons, known and unknown, to conceal, harbor, or shield certain illegal aliens, including Angelico Roa-Joachin; within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(v)(I).**

**COUNT 3 (Felony)** On or about April 22, 2021, in the District of Arizona, **Alexis Mejia-Zamora**, knowing or in reckless disregard that certain aliens, including Angelico Roa-Joachin, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, or shield said aliens within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On April 22, 2021 Homeland Security Investigations (HSI) executed a search warrant at 3926 S. 3rd Ave., Phoenix, Arizona 85041.  The residence was split into two separate but adjoining portions.  Inside the front portion of the residence, Special Agents (SAs) found three individuals.  Inside the back portion of the residence, SAs found Alexis MEJIA-Zamora, and four other individuals.  All eight people inside both parts of the residence, including Jose Hernandez-Huerta and Rafael Garcia, were illegal aliens (IAs), present in the United States without proper documentation.  Based on previously obtained information, including interviews, tattoos, and distinctive dental characteristics, SA's identified MEJIA-Zamora as a person of interest harboring and transporting IAs at multiple locations in Phoenix.

**CONTINUED FROM TO THE BACK**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/mh_____ | SIGNATURE OF COMPLAINANT<br>**JASON W KIRK** Digitally signed by JASON W KIRK<br>Date: 2021.04.23 11:08:31 -07'00' |
|---|---|
| **Sworn by telephone _x__** | OFFICIAL TITLE<br>Special Agent – Homeland Security Inv. |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacquelin M. Rateau* | DATE<br>April 23, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 41, and 54

**CONTINUED FROM THE FRONT:**

After being advised of, and voluntarily waiving, his *Miranda* rights, Garcia said he lived in the back portion of the house.  He admitted to transporting IAs from Phoenix further into the interior of the United States on at least two occasions at the direction of MEJIA-Zamora.   Garcia said MEJIA-Zamora was his friend and was also responsible for transporting IAs in a Honda Odyssey van, located in the back yard, to move IAs in and around Phoenix to houses used for harboring IAs.

SAs asked MEJIA-Zamora biographical questions to determine his citizenship.   MEJIA-Zamora told SAs he crossed into the United States from Cananea, Sonora, Mexico approximately three months ago by walking through the mountains near Sierra Vista, Arizona.   He said he was going to pay approximately $7,500 dollars to be smuggled to New York.

After being advised of, and voluntarily waiving, his *Miranda* rights, MEJIA-Zamora admitting that he was working for Garcia and being paid $500 dollars a week to help take care of the house.   He said he met drivers who smuggled IAs from the border region up to Phoenix where he would take control of the IAs and drive them to the stash houses.   According to MEJIA-Zamora, once the IAs arrived at the houses, the IAs made their final payments for transportation further into the interior of the United States.   MEJIA-Zamora said his arrangement with GARCIA was to do the work to finish paying off his own smuggling fees.

SAs found MEJIA-Zamora had approximately $2,813 dollars in his possession.   MEJIA-Zamora admitted the money was payment he received from GARCIA for alien smuggling.   He also explained that he was tasked with buying food for the IAs and other household items such as toilet paper and removing trash from the houses.   MEJIA-Zamora said that he had lived in the back portion of 3926 S. 3rd Ave. residence with GARCIA for approximately two months.

SAs observed MEJIA-Zamora had tattoos and dental characteristics that matched the description previously given to SAs.